C. E. Elliott, Plaintiff-Appellant, v. Rev. H. McDonough, George R. Childress, Ernest F. Jewell, Charlie Scott, and Lizzie Robertson, Defendants-Appellees.

Gen. No. 10,470. 

John R. Snively, for appellant; Large, Reno & Zahm, for appellees; Ralph S. Zahm, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed July 12, 1951; rehearing denied October 2, 1951; released for publication October 2, 1951.